# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| *BRODIE L. BOWMAN, et al.*, <br><br>                    Plaintiffs, <br><br> v. <br><br> UNIBANK, *et al.*, <br><br>                    Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NO. C23-0971-JCC |

\_\_\_   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT ORDERS THAT:

Defendants' motion to dismiss is GRANTED in part. Plaintiffs' complaint is DISMISSED with prejudice as to Plaintiffs' federal claim and without prejudice as to Plaintiffs' state law claims. Plaintiffs' motion for a preliminary injunction is DENIED as moot.

DATED this 2nd day of October 2023.

Ravi Subramanian
Clerk of Court

s/Samantha Spraker
Deputy Clerk
